IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WINSTON L. HARRISON, # 219216,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | * CIVIL ACTION NO. 24-00019-JB-B |
| | * |
| **MARVIN W. WIGGINS,** *et al.*, | * |
| | * |
|     **Defendants.** | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

**DONE and ORDERED** this 12th day of June, 2024.

                                                /s/ JEFFREY U. BEAVERSTOCK
                                                CHIEF UNITED STATES DISTRICT JUDGE